# EXHIBIT "A"



 Contact Photo & Poster

phone
(267) 235-0091

Notes

3:13  ..ll 5G

Done

+1 (856) 295-1497 and Tracey

Change Name and Photo

call   video   mail

2 People
Tracey, +1 (85...

Tracey Gordon

+1 (856) 295-...

+ Add Contact

3:13  •ıll 5G



**2 People >**

Text Message
Mar 30, 2022 at 9:22 PM

+1 (856) 295-1497

Good evening Pat I am texting you about the meeting that took place today with yourself Madam Gordon and the Congressman Pat Tracey place all of her confidence in you ! Going into the meeting Tracey knew that the Congressman was

Text Message 

3:13   .ıl 5G



**2 People >**

Congressman was upset with her over laying off Ward Leaders. What you didn't know that negotiations had started to bridge the gap between the Congressman and Tracey from another source. However Tracey put her full confidence in Pat to get this done. Did the Congressman know that Tracey



Text Message

3:13    .ıl 5G



**2 People >**

know that Tracey was coming? Did you discuss with Tracey details of the conversation that you and the Congressman had with Tracey before the meeting? Tracey feels humiliated disrespected and hurt because you let another man Yell at her and never tried to protect her!!!! But you know what is



Text Message

3:13   .il 5G



2 People >

you know what is hurting Tracey the most ? She stood up for Pat Parkinson in your absence when Local 98 wanted you terminated ! Now that is has happened?  How do we fix this?  Can it be fix?  I have cc Tracey on this text  message so there is no misunderstanding?  It is  simple now

 Text Message

3:13  .ıl 5G



**2 People >**

Local 98 wanted you terminated ! Now that is has happened?  How do we fix this?  Can it be fix?  I have cc Tracey on this text  message so there is no misunderstanding? It is  simple now your are either loyal to Tracey or the Congressman but not both
Kevin Price



  Text Message