EXHIBIT "B"



**REGISTER OF WILLS OFFICE**
Room 180 - City Hall
Philadelphia, PA 19107
(215) 686-6250
(215) 686-6268 – Fax

**TRACEY L. GORDON**
*Register of Wills*

April 22, 2022

220486
9234 Woodenbridge Rd.
Philadelphia, PA 19114

Dear Patrick Parkinson,

Please let this notice serve to inform you that you are hereby separated from employment with the Register of Wills office, effective April 22, 2022, for job abandonment. Your last day worked was March 30, 2022. You have 49.37 hours of vacation leave remaining, which will be applied to the pay period ending May 1, 2022. Your final paycheck will be issued on May 6, 2022. Please turn in your parking placard, office keys, building access badge, employee identification card, and any other work-issued equipment. If there are any personal possessions remaining at your workstation, the items will be packaged and shipped to you.

- All Register of Wills property must be returned to receive your last pay.
- All Medical Benefits terminate on May 1, 2022.
  - You may elect COBRA benefits for up to 18 months following separation. COBRA continues the health plan in which you are currently enrolled. If you have any questions concerning COBRA, please contact Jackie Ajose at 215-686-2327.
- Pension
  - Once separated you will receive notification from the Board of Pensions regarding your options. If you have any questions concerning Pension contributions or withdrawal, please contact Board of Pensions at (215) 496-7400.

If you have any questions regarding your separation, please contact Charmaine Collins at 215-686-6260 or email Charmaine.A.Collins@phila.gov. Thank you for your service to the Register of Wills.

Sincerely,

*Tracey L. Gordon*

Tracey L. Gordon
Register of Wills

Cc: Charmaine Collins, Deputy Human Resources
    Personnel File