# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICK PARKINSON** : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-4004** |
| : | |
| **TRACEY L GORDON** : | |
| *Individually and as Register of Wills* : | |
| *of Philadelphia*, **ET AL.** : | |

## O R D E R

This  27th  day of  November , 2024, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

GEORGE WYLESOL, Clerk of Court

**BY:**      /s/ Patricia Clark
             Patricia Clark
             Civil Deputy to Judge McHugh

Copies EMAILED on  11/27/24   to:

cc:

All counsel of record